Argued June 22, affirmed June 22, petition for rehearing denied
July 25, petition for review denied September 26, 1972

## STATE OF OREGON, *Respondent, v.* CEDRIC LEE ADKINS (No. 22105), *Appellant.*

497 P2d 1214

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.